O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LAMONT SWAFFORD,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN,<br><br>Defendant. | Case No. 2:17-cv-07568-JFW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint with prejudice and without leave to amend.

DATED: February 22, 2019

John F. Walter
UNITED STATES DISTRICT JUDGE