JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDRE LAMONT SWAFFORD, | Case No. 2:17-cv-07568-JFW (KES) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| ARMENTA TIGGS-BROWN, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED: February 22, 2019

_____
John F. Walter
UNITED STATES DISTRICT JUDGE